UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE MANGRUM,<br>Plaintiff,<br>v.<br>APPLE, INC.,<br>Defendant. | Case No. 26-cv-13101-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Noël Wise for consideration of whether the case is related to *In re: Apple Airtag Marketing, Sales Practices, and Products Liability Litigation*, No. 5:26-md-03199-NW.

**IT IS SO ORDERED.**

Dated: November 16, 2026

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California